ROSE NEPOLA, as Administratrix of the Estate of EDWARD NEPOLA, Deceased, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued October 15, 1952; decided October 23, 1952.

*Benjamin H. Siff, Milton H. Mandel* and *Charles Kramer* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.